No. M–28. DAWSON v. BAILEY, STATE TROOPER, COLBERT COUNTY, ALABAMA, ET AL.;

No. M–29. GELIS v. UNITED STATES; and

No. M–30. SEA AIR SHUTTLE CORP. v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 97–7597. KNOWLES v. IOWA. Sup. Ct. Iowa. [Certiorari granted, 523 U. S. 1019.] Motion for appointment of counsel granted, and it is ordered that Paul Rosenberg, Esq., of Des Moines, Iowa, be appointed to serve as counsel for petitioner in this case under Rule 39.6 of the Rules of this Court.

No. 98–286. FISH v. MARSH, SPAEDER, BAUR, SPAEDER & SCHAAF ET AL., ante, p. 944. Motion of respondents for damages and costs denied.

No. 98–512. DAVIS ET AL. v. CHILES, GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 98–6577. IN RE BREEST. C. A. 1st Cir. Petition for writ of common-law certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 98–6551. IN RE BURGESS;

No. 98–6561. IN RE EVERHART; and

No. 98–6646. IN RE PEREZ BUSTILLO. Petitions for writs of habeas corpus denied.

No. 98–5922. IN RE JEFFERSON;

No. 98–6023. IN RE SMITH;

No. 98–6067. IN RE WOODARD; and

No. 98–6383. IN RE KYRICOPOULOS. Petitions for writs of mandamus denied.

No. 98–467. IN RE VIEHWEG. Petition for writ of mandamus and/or prohibition denied.